**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

Dated: February 26, 2010



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22576

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-BK-20501-EWH |
| Jose A. Rodriguez and Lady Perez, Jose Rodriguez<br>    Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A.<br>    Movant, | ORDER |
| vs. | (Related to Docket #) |
| Jose A. Rodriguez and Lady Perez, Jose Rodriguez, Debtors, Russell A. Brown, Trustee.<br>    Respondents. | |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

Lot 16, LOS OLIVOS SUBDIVISION, according to Book 21 of Plats, Pages 55 and 56, records of Yuma County, Arizona,

EXCEPT all oil, gases, and other hydrocarbon substances, helium or other substances of a gaseous nature, geothermal resources, coal, stone, metals, minerals, fossils and fertilizer of every name and description and except all uranium, thorium, or any other material which is or may be determined by the laws of the State of Arizona, the United States of America, or decisions of courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved in Section 37-231 Arizona Revised Statutes.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

